UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UPAID SYSTEMS, LTD., ) <br> a British Virgin Island corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SATYAM COMPUTER SERVICES, LTD., ) <br> an Indian corporation, *et al.*, ) <br> ) <br> Defendants. ) | Misc. No. 08-0412 (ESH) |

**ORDER**

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** that this matter is referred to Magistrate Judge Deborah A. Robinson for determination of Upaid Systems, Ltd.'s and Foley & Lardner LLP's Motion to Quash, or in the Alternative, Modify Subpoena and Request for Protective Order. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Deborah A. Robinson following the case number in the caption.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 2, 2008

cc:   Magistrate Judge Deborah A. Robinson