REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: | Motion to Quash Subpoenas | | | |
|---|---|---|---|---|
| CASE NO: Misc. 08-412 | DATE REFERRED: 7/02/08<br><br>DISPOSITION DATE: | PURPOSE: Motion to Quash, or in the Alternatvie, Modify Subpoena and Request for Protective Order | JUDGE: Ellen Segal Huvelle | MAG. JUDGE Deborah A. Robinson |
| PLAINTIFF(S): UPAID SYSTEMS, LTD., et al | | DEFENDANT(S): SATYAM COMPUTER SERVICES, LTD. et al | | |
| ENTRIES: | | | | |